■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENOX RAMSAY, Appellant. [990 NYS2d 891]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (D'Emic, J.), both imposed July 19, 2010, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v DeSimone*, 80 NY2d 273, 283 [1992]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Leventhal, Roman and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. RICHARDSON, Appellant. [990 NYS2d 884]—Appeal by the defendant from a judgment of the County Court, Orange County (De Rosa, J.), rendered November 17, 2010, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]). Counsel has informed this Court that the defendant has not authorized counsel to raise any issues related to whether the defendant should have been allowed to withdraw his plea. Upon an independent review of the record, we conclude that there are no remaining nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *People v Cardwell*, 98 AD3d 986 [2012]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Dickerson, Chambers, Hinds-Radix and Maltese, JJ., concur.